IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**TONY LEON SMITH,**<br><br>**Defendant** | **NO. 5: 10-MJ-04-08 (CWH)**<br><br>**VIOLATION:** Wire Fraud |

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned, defendant TONY LEON SMITH having requested the same in the district of arrest. He was represented by Ms. Catherine M. Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Graham A. Thorpe. Based upon the evidence proffered to the court on behalf of the parties, as well as the Pretrial Service Report of the U. S. Probation Office dated April 13, 2010, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☐ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☐ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the aforementioned Pretrial Services Report, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the defendant's future appearance were he to be released from custody. The defendant is a current resident of Loganville Georgia and has lived in the Middle District of Georgia for the majority of his life. He has no record of criminal convictions.

The offense of WIRE FRAUD charged against him herein is a serious one for which long-term incarceration can be expected in the event of indictment and conviction, primarily because of the amount of money involved in a fraudulent scheme, to-wit, over five million dollars  The weight of evidence appear to be strong: the defendant spent months in carrying out his scheme to defraud, traveling throughout not only the United States but also Europe and the West Indies, posing as an investment expert with national and international ties.

In light of the foregoing, the undersigned finds pretrial detention to be mandated.  IT IS SO ORDERED,

## PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 14th day of APRIL, 2010.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE